CLEMENT, Excise Com'r, Appellant, v. STRECKER et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Maynard N. Clement, as state commissioner of excise of the state of New York, against Lorenzo Strecker and others.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence.

PARKER, P. J., not voting. CHESTER, J., dissents.

CLENDENAN, Respondent, v. ST. LAWRENCE LIFE ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Abraham Clendenan against the St. Lawrence Life Association. No opinion. Judgment of the Municipal Court affirmed, with costs.

COAN, Appellant, v. PARTRIDGE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Helen M. Coan, individually, etc., against Grover Partridge. No opinion. Judgment (98 N. Y. Supp. 570) affirmed, with costs.

COHEN et al. v. CONGREGATION SHEARITH ISRAEL. (Supreme Court, Appellate Division, First Department. November 5, 1905.) Action by Howard Cohen and others against the Congregation Shearith Israel. No opinion. Order affirmed, with $10 costs and disbursements.

COHNFELD, Appellant, v. BRAMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Mary A. Cohnfeld against Helen S. Braman and others. J. P. Berg, for appellant. G. W. Ellis, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COMRIE, Respondent, v. NORDLINGER, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by George R. Comrie against Sidney Nordlinger. No opinion. Judgment and order unanimously affirmed, with costs.

CONGREGATION BIKER CHOLEM LINAS HALALU v. FIRST CHIROWER CONGREGATION. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by the Congregation Biker Cholem Linas Halalu, a religious corporation, against the First Chirower Congregation, a religious corporation. No opinion. Motion to dismiss appeal granted, with costs.

CONKLIN v. CONKLIN. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Jeannie L. Conklin against Henry Conklin. No opinion. Motion for leave to appeal to the Court of Appeals denied.

COOK, Appellant, v. RUTHERFORD REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Willet F. Cook against the Rutherford Realty Company and others. W. H. Van Steenbergh, for appellant. H. H. Snedeker, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COOK, Appellant, v. RUTHERFORD REALTY CO. et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Willet F. Cook against the Rutherford Realty Company and others. E. Schenck and W. H. Van Steenbergh, for appellant. H. H. Snedeker, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CORDONA, Appellant, v. AGUADO, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Maggie Cordona, as administratrix, against Pierre Aguado. T. J. O'Neill, for appellant. H. A. Vieu, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COVERT, Respondent, v. TOWN OF WALTON, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by George Covert against the town of Walton.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH and KELLOGG, JJ., dissent.

COYLE, Respondent, v. SIMCOX, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Julia Coyle against James C. Simcox.

PER CURIAM. Judgment and order affirmed, with costs.

COCHRANE, J., dissents.

CRAWFORD, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by William Crawford against Peter J. Ryan. F. L. Ryan, for appellant. J. F. Miller, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

CULLINAN, Com'r, Respondent, v. FEDERAL UNION SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Action by Patrick W. Cullinan, as state commissioner, etc., against the Federal Union Surety Co. C. S. Mackenzie, for appellant. No opinion. Judgment and order affirmed, with costs. Order filed.

CULLINAN, Com'r, Respondent, v. SHEA et al., Appellants. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Action by Patrick W. Cullinan, as state commissioner, etc., against Patrick J. Shea and another. H. L. Kringel, for appellants.